# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Robert James Barbee

*Plaintiff*

v.

Eastern Federal District Court Sacramento California, Spokane County Superior Court Spokane Washington, Spokane County Sheriff Department Spokane Washington, and Elk Grove RCCC Sacramento California

*Defendant*

Civil Action No. 2:15-cv-00328-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's claims against Defendants located in California are DISMISSED without prejudice. Plaintiff's claims against Washington State, the Spokane County Sheriff's Department and Brian Hammond are DISMISSED with prejudice. Plaintiff seeking his release from incarceration and damages, his claims are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 4/15/16

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler